

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00004-CV

---

ICANUTE ENERGY, INC., AND JOHN A. UPTON, Appellants

V.

RED RIVER ARK-LA-TEX DRILLING, LLC, Appellee

---

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 13-C-474

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The appellants, Icanute Energy, Inc., and John A. Upton, have filed a motion seeking to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:     May 5, 2014
Date Decided:       May 6, 2014